# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ELAINE HUMPHREY, | No. Case No. 2:24-cv-06441-SK |
| Plaintiff, | |
| v. | [PROPOSED] |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | **JUDGMENT** |
| Defendant. | |

Having approved the parties' stipulation to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Date: May 1, 2026

_____

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-